Andrea Darrow Smith, Esq. (SBN: 265237)
andrea@westcoastlitigation.com
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
Robert L. Hyde, Esq. (SBN: 227183)
bob@westcoastlitigation.com
**Hyde & Swigart**
7121 Magnolia Avenue, Suite J
Riverside, CA 92504
(951) 784-7770
(619) 297-1022

Attorneys for Daniel Salandra

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DANIEL SALANDRA,**<br><br>Plaintiff,<br><br>v.<br><br>**VIKING CLIENT SERVICES, INC.**<br><br>Defendant. | Case No: 3:12-CV-02819-H-KSC<br><br>**PLAINTIFF'S NOTICE OF REQUEST FOR VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE AS TO DEFENDANT VIKING CLIENT SERVICES, INC. PURSUANT TO F.R.C.P. 41(a)**<br><br>**HON. MARILYN L. HUFF** |

1  Plaintiff Daniel Salandra (hereinafter "Plaintiff") hereby moves to dismiss this action against Defendant Viking Client Services, Inc. with prejudice.

Plaintiff respectfully requests the action be dismissed WITH PREJUDICE as to Defendant Viking Client Services, Inc .

Dated: February 13, 2013        **HYDE & SWIGART**

/s Andrea Darrow Smith
Andrea Darrow Smith
Attorneys for Plaintiff